# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER JOHNSON

NO. 2019 KW 0678

**AUG 19 2019**

---

In Re:    Walter Johnson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR6-126837.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's application for postconviction relief is vacated and this matter is remanded to the district court to consider the merits in light of the unique facts of this case.

**JEW**
**GH**

**McClendon, J.,** dissents. <u>See</u> La. Code Crim. P. art. 930.8.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT